**Order entered March 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01298-CV

**TEXAS TRUE CHOICE, INC., Appellant**

**V.**

**BAYLOR HEALTH CARE SYSTEM, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-11409**

## ORDER

We **GRANT** appellant's March 3, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **APRIL 6, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
           JUSTICE